IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD DEAN MCCOY, | ) | |
| | ) | 4:05CV3297 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS NEBRASKA WESTERN IOWA HEALTH CARE SYSTEM, KAREN A. GERSCH, M.D., KENSEY NASH CORPORATION, ST. JUDE MEDICAL, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

A request has been received for random reassignment of this case to a District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to Senior District Judge Warren K. Urbom for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 29th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court