IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. WILDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3293 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by January 17, 2006, file their Report of Parties' Planning Conference.

DATED December 29, 2005.

/s/ David L. Piester
United States Magistrate Judge