IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD DEAN MCCOY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3297 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS NEBRASKA WESTERN IOWA HEALTH CARE SYSTEM; KAREN A. GERSCH; KENSEY NASH CORPORATION; ST. JUDE MEDICAL, INC., | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge