IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RONALD DEAN McCOY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **4:05CV3297** |
| vs. ) | |
| ) | **ORDER** |
| **KENSEY NASH CORPORATION,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

    This matter is before the court on plaintiff's MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD A CLAIM AND TO ADD THE UNITED STATES OF AMERICA AS A DEFENDANT (Filing 37). The local rules of practice[1] require that an unsigned copy of the proposed amended pleading be submitted at the time such a motion is filed.

    **IT IS ORDERED:**

    1. Pursuant to NECivR 15.1**,** plaintiff is given until and including **June 15, 2006** to file a Supplement to Filing 37 consisting of the proposed amended complaint.

    2. Defendants are given until and including **June 21, 2006** to respond to the Motion for Leave to Amend Complaint (Filing 37).

    **DATED June 8, 2006.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**

---

[1]The applicable rule, NECivR 15.1, provides:
**Motion to Amend Pleading.**
**(a) Form and Content.** A party who moves for leave to amend a pleading (including a request to add parties) shall file as an attachment to the motion an unsigned copy of the proposed amended pleading. Except as provided in these rules or by leave of court, the proposed amended pleading must be a complete pleading which, if allowed to be filed, supersedes the pleading amended in all respects; no portion of the prior pleading may be incorporated into the proposed amended pleading by reference. The motion for leave to amend shall set forth specifically the amendments proposed to be made to the original pleading, state whether the motion is unopposed, and identify the amendments in the proposed amended pleading.
\* \* \* \*
**(c) Filing of Amended Pleading.** The granting of the motion for leave to amend does not constitute filing of the amended pleading. The party to whom the court grants leave to amend must then file the amended pleading, after leave is given.