# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD DEAN McCOY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **4:05CV3297-RGK-FG3** |
| | ) | |
| **KENSEY NASH CORPORATION, and** | ) | **SCHEDULING ORDER** |
| **ST. JUDE MEDICAL, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| **RONALD DEAN McCOY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:06CV566-WKU-FG3** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **SCHEDULING ORDER** |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the court's order of August 22, 2006 ([53] in 4:05CV3297), the plaintiff elected to file related claims against the United States in a separate action, i.e., Case No. 8:06CV566. It is unclear whether the plaintiff has effected service on the United States in 8:06CV566.

**IT IS ORDERED** that a telephone conference with the undersigned magistrate judge will be held on **Monday, November 6, 2006 at 9:00 a.m.** for the purpose of reviewing the preparation of these cases to date, the possible consolidation of the cases, and the scheduling of the cases to trial. Plaintiff's counsel shall initiate the conference call to opposing counsel and then to the court at 402-661-7340. At the request of the parties, the conference may be held in chambers.

DATED October 17, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**