IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
RONALD DEAN MCCOY,                )
                                  )
     Plaintiff,                   )    4:05CV3297
                                  )
     v.                           )
                                  )
KENSEY NASH CORPORATION,          )    MEMORANDUM AND ORDER
ST JUDE MEDICAL, INC., and        )
UNITED STATES OF AMERICA,         )
                                  )
     Defendants.                  )
----------------------------------

RONALD DEAN MCCOY,                )
                                  )
     Plaintiff,                   )    8:06CV566
                                  )
     v.                           )
                                  )
UNITED STATES OF AMERICA,         )    MEMORANDUM AND ORDER
                                  )
     Defendant.                   )
----------------------------------
```

IT IS ORDERED:

1. The pretrial conference in 4:05CV3297 will be held August 13, 2007 at 10:00 a.m. and the pretrial conference in 8:06cv566 will be held at 11:00 a.m. on the same day before the undersigned magistrate judge in chambers, Room 566, United States Courthouse and Federal building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The jury trial in 4:05cv3297 will be held on September 10, 2007 at 9:00 a.m. before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

3. Counsel in these cases shall confer regarding the possibility of consolidating these cases for trial, including the

possibility of the court utilizing an advisory jury, and shall inform the undersigned of their joint or separate views on these subjects at or before the pretrial conference.

    Dated February 14, 2007.

                                BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge