# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD DEAN McCOY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENSEY NASH CORPORATION and )<br>ST. JUDE MEDICAL, INC., )<br>)<br>Defendants. ) | CASE NO. 4:05CV3297<br><br>JUDGMENT |

Upon the parties' joint stipulation for dismissal with prejudice, this matter is dismissed with prejudice, each party to bear this or its own costs, complete record waived.

Dated the 8th day of May, 2007.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge